# United States Bankruptcy Court
### Eastern District of Missouri

In re   **Paul L Berry**                                    Case No.   **16-43013**
                         Debtor(s)                          Chapter    **7**

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby certifies/certify under penalty of perjury that the attached list containing the names and addresses of my creditors (Matrix), consisting of __1__ page(s) and is true, correct and complete.

/s/ Paul L Berry
**Paul L Berry**
Debtor

Dated:   **April 25, 2016**

```
Bruce Douglas Bramowith
4386 LINDELL BLVD
Saint Louis, MO 63108

FORBES , REESE ERICK
4225 WEST PINE BLVD #14
Saint Louis, MO 63108
```